316 NILES (Admr.) vs. CIRCUIT JUDGE (Schoolcraft), No. 14305, 102 M., 328.

To compel vacation of order sustaining a challenge to the jury array.

Denied October 16, 1894, with costs.

317 SHELLEY vs. RECORDERS' COURT JUDGE (Detroit), No. 15969½.

To set aside an order dismissing a juror who had been summoned to attend court as a petit juror for the November term of the Recorders' Court, it appearing that said person so summoned had, within three years, served as one of the traverse jurors in the Circuit Court of the United States for the Eastern District of Michigan, the respondent holding that such service disqualified relator under Sec. 5, Act 204, Laws of 1893.

Denied December 18, 1896.